IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

STUART DENMAN, individually;
JULIA DENMAN, individually; and
DENMAN FARMS, LLC                                                        PLAINTIFFS

v.                                              CIVIL ACTION NO. 2:10-CV-00133-GHD

TALLAHATCHIE DUCKS, LLC and
MARK McILWAIN, individually                                              DEFENDANTS

## JUDGMENT

After a bench trial and pursuant to an opinion issued this day, the Court hereby ORDERS that:

(1) JUDGMENT is hereby rendered in favor of the Defendants, Tallahatchie Ducks, LLC and Mark McIlwain, individually, and against the Plaintiffs, Stuart Denman, individually; Julia Denman, individually; and Denman Farms, LLC; and

(2) this case is CLOSED.

It is SO ORDERED this, __18th__ day of June, 2012.

_____
SENIOR JUDGE